# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 8, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

128715(24)

JOHN R. JACOBS,
            Plaintiff-Appellee,

v

TECHNIDISC, INC., and PRODUCER'S
COLOR SERVICES, INC.,
            Defendants-Appellees,
and

MICHIGAN MUTUAL INSURANCE
COMPANY n/k/a AMERISURE MUTUAL
INSURANCE COMPANY,
            Intervenor-Appellant.
_____

SC: 128715
COA: 258271
Oakland CC: 91-405664-NO

       On order of the Chief Justice, the motion by intervenor-appellant for extension to January 17, 2006 of the time for filing its brief and appendix is considered and is GRANTED.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 8, 2006                                     
                                    Clerk